MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________________
DATE FILED: 11/10/2026

**MEMORANDUM ENDORSEMENT**

In Re: Reifler, 26-cv-9041 (NSR)

The Court is in receipt of the attached Letter from Appellant Rodney Omanoff ("Appellant"), dated November 9, 2026, seeking a 21-day extension of time to file Appellant's initial brief. Appellant's request is GRANTED on consent of both parties, subject to the following briefing schedule:

(1) Appellant's moving papers are to be served (not filed) on December 4, 2026;
(2) Appellees' opposition papers are to be served (not filed) on January 29, 2027; and
(3) Appellant's reply papers are to be served on February 15, 2027.

All motion papers are to be filed by the parties on the reply date, February 15, 2027.

The parties are directed to mail two copies of their motion documents to Chambers as they are served, as well as send a copy to Chambers via email as they are served.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7.

DATED: November 10, 2026

White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

GOETZ PLATZER
ATTORNEYS AT LAW | NEW YORK, NY

**Clifford A. Katz**
212.695.8100 | ext. 244
ckatz@goetzplatzer.com

November 9, 2026

**Via Email and ECF**
The Honorable Nelson S. Román
United States District Court Judge
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re: In re Bradley Reifler Appeal Case No. 26 cv 09041-NSR, Extension of Time Request**

Honorable Sir:

This firm represents the appellant, Rodney Omanoff, (the "Appellant") with respect to the appeal of the Order of the Bankruptcy Court Approving a Certain Stipulation and Appointing Donald Roof as Manager of Forefront Partners LLC entered by the Bankruptcy Court on September 18, 2026.

We write this Court consistent with this Court's Chamber's Rules to respectfully request a 21-day extension of time to file the Appellant's initial brief, currently required to be filed by Appellant on November 13, 2026, to December 4, 2026. Unfortunately, given prior court deadlines and commitments that I and my co-counsel have, we need an additional 3 weeks to file the Appellant's brief in this matter to December 4, 2026. We have communicated this request to both respondents counsel, specifically counsel for the Chapter 7 Trustee, Marianne O'Toole, Andrew O'Toole, Esq. and counsel for NCM Life Insurance Co., Mr. Norman Kinel, Esq. Both respondents' counsel have consented to the Appellant's requested extension of time, provided that the respondents' brief is due on January 29, 2027. Appellant consents to their request. This is Appellant's first request which is made more than 48 hours prior to the filing date deadline.

It is respectfully requested that this Court grant Appellant's request to file its Appellant's brief on or before December 4, 2026 and also that respondents' may file their brief on or before January 29, 2027.

Thank you for your courtesies with respect to this matter.

Very truly yours,

By: /s/ *Clifford A. Katz*
Clifford A. Katz